

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex
Federal Correctional Institution
Butner, North Carolina 27509

August 1, 2018

TO: Persico, Carmine

   Register No.: 74666-158

RE: Reduction in Sentence

Medical staff reviewed your request for a Reduction in Sentence (RIS) under Elderly with Medical Conditions to determine if you meet the criteria as stated in Program Statement 5050.49, <u>Compassionate Release/Reduction in Sentence(RIS)</u>.

Program Statement 5050.49, <u>Compassionate Release/Reduction in Sentence</u>, provides RIS consideration may be given to an inmate under Elderly with Medical Conditions who meet the age requirement of 65 years or older, suffers from chronic or serious medical conditions related to the aging process, experiences deteriorating mental or physical health that substantially diminishes their ability to function in a correctional facility, conventional treatment promises no substantial improvement to their mental or physical condition and has served 50% of his sentence.

A comprehensive review was conducted by your medical team. Your medical team has confirmed <u>you are able to ambulate independently without difficulties</u> and you are able to perform your activities of daily living. You do have chronic medical conditions related to the aging process, but do not experience deteriorating mental or physical health that has substantially diminished your ability to function in a correctional facility. Therefore, you do not meet the criteria for an RIS under Elderly with Medical Conditions.

You have the right to appeal this decision via the Administrative Remedy process. If you choose to appeal, you do not need to complete the informal review, but you would need to include a copy of this memorandum with your appeal. Any decision regarding an appeal will be handled in a manner as outlined in policy.

We are committed to providing you with the necessary and appropriate care for your medical needs.

_____         8/8/2018
A. Mansukhani, Warden           Date

cc: AW
    Unit Team
    Medical Records