Persico, Carmineopus (MR # D2382970) DOB: 08/08/1933    Encounter Date: 10/04/2018

| CSN | MRN |
|---|---|
| 186070968 | D2382970 |

BUT

# Persico, Carmineopus 74ulu-158

MRN: D2382970

**Office Visit 10/4/2018**  Provider: Southerland, Kevin William, MD (Vascular Surgery)
Duke Vascular Surgery and   Primary diagnosis: Severe peripheral arterial disease (CMS-HCC)
Vein Center at Brier Creek   Reason for Visit: Follow-up 📖; Referred by Center-Butner, Federal Medical

**Progress Notes**   Kozak, Bryan Christopher, PA (Physician Assistant) - Vascular Surgery

 **Duke** Surgery

Division of Vascular & Endovascular Surgery

## Clinic Note

**Referring Practitoner:** Center-Butner, Federal Medical
FEDERAL MEDICAL CENTER-BUTNER
PO BOX 1600
BUTNER, NC 27509
**Reason for Visit:**
**Chief Complaint**
Patient presents with
- Follow-up
  RLE PAD

HPI
Carmineopus Persico is a 85 y.o. male who presents to for follow-up evaluation of his RLE PVD.

Mr. Persico is not accompanied. He is independently ambulatory but severely restricted and requires assistive devices.

Smoking status: He has successfully quit.

Medical History

**Past Medical History:**
Diagnosis                                                                                   Date
- Allergic rhinitis
- Anemia, unspecified
- Benign localized hyperplasia of prostate with urinary obstruction
- Cellulitis
- Chronic kidney disease (CKD), stage III (moderate) (CMS-HCC)
- COPD (chronic obstructive pulmonary disease) , unspecified (CMS-HCC)
- Dermatophytosis of nail

- Disorder of white blood cells
- GERD (gastroesophageal reflux disease)
- Glaucoma
- Hyperlipidemia, unspecified
- Hypertension
- Low back pain
- LTBI (latent tuberculosis infection)
- Lumbago
- Nerve pain
- Neuralgia and neuritis
- Non-pressure chronic ulcer of calf (CMS-HCC)
- Obesity (BMI 30-39.9), unspecified
- Peripheral vascular disease (CMS-HCC)
- Radiculitis
- Rash and other nonspecific skin eruption
- Severe peripheral arterial disease (CMS-HCC)
- Urinary tract infection

8/23/2018

No past surgical history on file.

**Social History**

Social History
- Marital status:         Unknown
    Spouse name:          N/A
- Number of children:     N/A
- Years of education:     N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:         Former Smoker
- Smokeless tobacco:      Never Used
- Alcohol use             Not on file
- Drug use:               Unknown
- Sexual activity:        Not on file

Other Topics                                Concern
- Not on file

Social History Narrative
- No narrative on file

No family history on file.

**ROS**
14 systems reviewed pertinent positives and negatives as noted in the HPI and patient intake form. Intake form was reviewed, signed, and dated.

**Objective Data**

## Physical Exam
**Vitals:**

|  | 10/04/18 0909 |
|---|---|
| BP: | 176/75 |
| Pulse: | 62 |
| Temp: | 36.7 °C (98 °F) |
| TempSrc: | Oral |
| Weight: | (!) 103.4 kg (228 lb) |
| PainSc: | 4 |
| PainLoc: | Leg |

**Physical Exam:**
BP 176/75 (BP Location: Right upper arm, Patient Position: Sitting, BP Cuff Size: Large Adult) | Pulse 62 | Temp 36.7 °C (98 °F) (Oral) | Wt (!) 103.4 kg (228 lb)
Constitutional: age appropriate, well developed, NAD
HEENT: NC/AT
Neck: supple without lymphadenopathy
Cardiovascular: Heart sounds regular rate and rhythm, S1 & S2 without S3 or S4 gallops, rubs, or murmurs. Radial pulses +2 bilaterally.
Respiratory: Lungs clear to auscultation bilaterally. No rales, wheezes, or rhonchi. No respiratory distress.
Abdomen: Soft, nontenderness, BS present.
Extremities: RLE 2+ edema; skin w/d three areas of ulceration of the lateral and posterior calf. No active infection evident; Dependent rubor as compared to contralateral side; Nail dystrophy.

### Vascular Exam

|  | Right | Left |
|---|---|---|
| Carotid | Pulse: 2+ (normal) Bruit - No | Pulse: 2+ (normal) Bruit - No |
| Radial | Pulse :2+ (normal) | Pulse: 2+ (normal) |
| Dorsalis Pedis | Pulse: absent Doppler: | Pulse: absent Doppler: |
| Posterior Tibial | Pulse: absent Doppler: | Pulse: absent Doppler: |

### Independent Review of Imaging
a CT scan was performed on 9/17/2018. These study reveals extensive calcific atherosclerosis and occluded right iliac artery that severely reduces blood flow to the R>L LE.

### Assessment & Plan

Mr. Persico is a 85 y.o. male with severe R >L PAOD that is not amenable to endovascular repair. Discussed options as follows:

1 - Continue pain control and wound care with no expectation in improved condition and need for amputation of the RLE if infections becomes uncontrolled.

2 - Right open femoral endarterectomy with intraoperative placement of endovascular stents.

3 - Amputation above the knee

4 - Aorto-bifem BPG would yield the most benefit but the risk of fatal complications outweighs any benefit and was not considered as a viable option.

Carmineopus was seen today for follow-up.

Diagnoses and all orders for this visit:

**Severe peripheral arterial disease (CMS-HCC)**

No Follow-up on file.
No orders of the defined types were placed in this encounter.

Will plan on awaiting Mr. Persico's decision on what option he would like the persue

Questions were welcomed and answered. Patient verbalized understanding and feels comfortable reaching out to us if there are any further questions on concerns.

I personally performed the service, non-incident to. (WP)

Bryan Kozak, PA-C
Physician Assistant
Vascular and Endovascular Surgery

## Clinical External

Southerland, Kevin William, MD (Physician) • Vascular Surgery

Scan on 10/4/2018 12:00 AM by Southerland, Kevin William, MD

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents - 10/04/2018:

Clinical External - Clinical External - Scan on 10/4/2018 12:00 AM

### Contacts

|                     | Type                 | Contact              | Phone |
|---------------------|----------------------|----------------------|-------|
| 09/27/2018 05:07 PM | Vendor (Outgoing)    | Persico, Carmineopus |       |
| 09/27/2018 05:07 PM | Vendor (Outgoing)    | Persico, Carmineopus |       |
| 09/27/2018 05:07 PM | Vendor (Outgoing)    | Persico, Carmineopus |       |

Do you have a question about this report?                                       Ask a Question

## HPI

**Follow-up**
Additional comments: RLE PAD

Last edited by Halls, Charlene, RMA on 10/4/2018 9:19 AM. (History)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 176/75 (BP Location: Right upper arm, Patient Position: Sitting, BP Cuff Size: Large Adult) |
| | Pulse 62 Temp 36.7 °C (98 °F) (Oral) Wt ! 103.4 kg (228 lb) |
| Flowsheets: | AMB FALL RISK, Custom Formula Data, Anthropometrics |
| Encounter Info: | Classic Report, Allergies, Care Plan, Education, History, Anticoag, Billing, Dialysis History, Med Rec, Patient Screenings, Patient Entered Data, Smoking Audit |

## Orders Placed
None

## Medication Changes
None

## Visit Diagnoses
◇ Severe peripheral arterial disease (CMS-HCC) I73.9