# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

CARMINE PERSICO,
Reg. No. 74666-158
    *Plaintiff'*,

Vs.                                                           Case No. 5:18-CT-3340-D

LAWRENCE M. SICHEL, MD,
WARDEN ANDREW MANSUKHANI,
    *Defendants.*
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff respectfully files this Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P.

I CERTIFY that a copy of the foregoing was duly filed *via* ECF and served upon Rudy E. Renfer, AUSA this ___ day of March 2019.

                                               Respectfully submitted,

                                               **Benson Weintraub, Esq.**
                                               Special Appearance
                                               1004 NE 3rd St.
                                               Ft. Lauderdale, FL. 33301
                                               Tel. 954.464.1314
                                               FederalHabeas@Gmail.com

                 By:     /s/ *Benson Weintraub*
                                                 FL. Bar No. 486418

                                               **MARK EDWARDS, Esq.**
                                               Local Counsel
                                               Edwards & Trenkle, PLLC
                                               2818 Chapel Hill Rd,
                                               Durham, NC 27707
                                               Tel. (919) 688-9555

Mark@edwardstrenkle.com

By: /s/ *Mark Edwards*